IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED
JUN 10 2019
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Name and address of Plaintiff:
Jhen Scutella

v.

Full name, title, and business address
of each defendant in this action:
1. Erie County Prison
Amber Chaffe Counselor

2. Micheal Holman
Deputy Warden Bryant
et al

Use additional sheets, if necessary
Number each defendant.

19-168E

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. 
Where are you now confined? __Erie County Prison__
What sentence are you serving? __Six months__
What court imposed the sentence? __Erie County__

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiffs __None with the same facts involved.__

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) and docket number

3. Name of judge to whom case was assigned ___N/A___

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

___N/A___

5. Approximate date of filing lawsuit ___N/A___

6. Approximate date of disposition ___N/A___

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where?___
When?___
Result:___

III. What federal law do you claim was violated? __Due process, Double Jeopardy and cruel & unsual punishment__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: __May 1st 2019__

B. Place of event: __Erie County Prison__

C. Persons involved--name each person and tell what that person did to you: __See attached Statement of facts__

## Statement Of Facts

On May 1st. 2019, the plantiff was sentenced to six months incarceration to the Erie County Prison. After arriving at the Erie County Prison, the Prison withdrew a fifty dollar housing fee, and ten dollars a day for room and board. On 5·22·2019 I asked for a grievance through the Erie County Prison email system (which should be recorded), I was e-mailed back by counselor Amber Chaffe, the response stated, "what do you need a grievance for?" The plantiff replied on 5-23-2019 "that being charged ten dollars a day violates my civil liberties specifically the eighth Amendment, cruel and unusual punishment, and also violates the double jeopordy clause." My second e-mail stated that "I wanted another grievance because grievances were not readily available, I then received a response on both e-mails "closed" following Amber Chaffe's response. I was called into the counselors office with Deputy Bryant which I was told that "these issues were not grievable," and that I should find more productive things to do with my time." (Without Access to grievance system or grievances I cannot exhaust my remedies.)

_____
_____
_____
_____
_____

V.  Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? _yes_  _Western District Pennsylvania_
    and answer the following questions:

A.  Is there a prisoner grievance procedure in this institution?
    Yes (✓)  No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (✓)  No ( )

C.  If your answer is YES,

1.  What steps did you take? _I emailed the counselor for a grievance which I was denied._

2.  What was the result? _nothing_

D.  If your answer is NO, explain why not: _____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
    Yes (✓)  No ( )

F.  If your answer is YES,

1.  What steps did you take? _____

2.  What was the result? _____

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues. _I only seek injunktive relief no monetary damages I would like prison officials to stop violating my civil liberties and stop taking ten dollars a day for room and board and also have a proper grievance system in place._

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.   submit

Please Exhibit A into the record As well

6-03-19
(Date)

(Signature of Plaintiff)